

The following constitutes
the order of the court. Signed May 07, 2010

*Marilyn Morgan*
**Marilyn Morgan
U.S. Bankruptcy Judge**

___

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                                        )     Chapter 13
                                              )
GENARO ALE TAYLAN JR             )     Case No. 10-52080 MM
                                              )
                                              )     **ORDER OF DISMISSAL**
                                              )     **PRIOR TO CONFIRMATION**
                    Debtor              )

DEVIN DERHAM-BURK, Chapter 13 Trustee's Ex Parte Motion to Dismiss the above case for failure to comply with 11 U.S.C. §1326(a) (1), where the Debtor did not make a payment within 30 days from the date of the Order of the Relief, has been considered by the Court.

IT IS ORDERED that the above case is hereby dismissed and that any restraining orders heretofore issued be dissolved.  After payment of allowed adequate protection payments, administrative costs and fees, the Trustee shall return to the Debtor any remaining balance of debtor funds on hand.

/

/

/

/

The Trustee shall submit at a later date, her Trustee's Final Report and Account for approval by the Court.

Notice of the dismissal shall be served upon all parties by the Clerk of the Court

* * * END OF ORDER * * *

## COURT SERVICE LIST

Case Name:   GENARO ALE TAYLAN JR                              Case No.:  10-52080 MM

GENARO ALE TAYLAN JR
9911 MIMOSA PATH
SALINAS, CA  93907


JASON VOGELPOHL
CENTRAL COAST BANKRUPTCY
154 CENTRAL AVE.
SALINAS, CA  93901